IH-32	Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

Display Technologies, LLC

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:20-cv-7817 |
| Mobstac, Inc. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Display Technologies, LLC

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:20-cv-7816 |
| Leantegra, Inc. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed	(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open	(If so, set forth procedural status and summarize any court rulings.)

Case was just filed 9/22/20

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The cases have the same plaintiff and the same patent as the subject of the case.

Signature: /s/Jay Johnson	Date: 9/22/2020

Firm: Kizzia Johnson PLPLC