# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC | § |
| Plaintiff, | § Case No: 1:20-cv-07817-JSR |
| vs. | § PATENT CASE |
| MOBSTAC, INC., | § |
| Defendant. | § |

## [PROPOSED] ORDER GRANTIGN MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

This matter is before the Court on the Motion to Continue the Initial Pretrial Conference ("Motion") (D.E. 12). This Court finds the Motion well taken and for good cause shown grants the Motion. The Initial Pretrial Conference scheduled for October 28, 2020 is hereby continued to November 30, 2020 at 11:15 a.m.

**IT IS SO ORDERED.**

_10/26/20_
Date

Honorable Jed S. Rakoff
United States District Judge